UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Navarro-Tamayo (A-Number: 240-282-699),<br>Petitioner,<br>v.<br>Todd M. Lyons, et al.,<br>Respondents. | Case No. 1:26-cv-03165-KES-EPG<br><br>ORDER APPOINTING COUNSEL |

Petitioner David Navarro-Tamayo, an immigration detainee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and has lodged proposed amended petitions. Docs. 1, 16, 21. Petitioner has also filed motions for temporary restraining order, Docs. 2, 15, 20, and motions for immediate release or medical treatment, Docs. 9, 14, 25. Due to the nature of the allegations and the legal issues involved, the interests of justice require the appointment of counsel for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, it is ORDERED that:

1. Counsel is APPOINTED for petitioner;
2. The Clerk of the Court shall serve a copy of this order and a copy of the petitions, Docs. 1, 16, and 21, via email, on the Federal Defender's Office at

cae_appointments_habeas@fd.org;

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov, and counsel will be added as counsel for petitioner;
4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this district in this matter only;
5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and
6. Petitioner's counsel may file an amended petition and motion for temporary restraining order within twenty-one (21) days of service of this order. Counsel may request an extension of this deadline, if needed.
7. The court notes that its previous order prohibiting the transfer of petitioner out of this district, Doc. 6, does not prohibit the temporary transfer of petitioner outside of the district for urgent medical care, though petitioner shall be returned to the district upon the conclusion of such care. Respondents shall notify the court of any such transfer out of the district.

IT IS SO ORDERED.

Dated: October 22, 2026

UNITED STATES DISTRICT JUDGE